# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR EUGENE HERRERA,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.  1:20-cv-01026-SAB<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE LETTER BRIEF<br><br>(ECF Nos. 12, 14)<br><br>FIVE DAY DEADLINE |

On July 23, 2020, Arthur Eugene Herrera ("Plaintiff") filed this action seeking judicial review of a final decision of the Defendant Commissioner of Social Security ("Defendant" or "Commissioner") denying his application for disability benefits pursuant to the Social Security Act. On February 19, 2021, the administrative record was filed and the stay of this matter was lifted. (ECF Nos. 10, 11.) On March 17, 2021, Plaintiff filed a motion for a forty-six (46) day extension in order to serve his confidential letter brief in this action, due to the influx of multiple administrative records being filed after COVID-19 had delayed the process. (ECF No. 12.) On March 22, 2021, Defendant filed a statement of non-opposition to the motion. (ECF No. 14.) The Court finds good cause to grant the extension.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that Plaintiff's confidential letter brief shall be served on or before May 6, 2021.

IT IS SO ORDERED.

Dated:  **March 23, 2021**

UNITED STATES MAGISTRATE JUDGE