UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR EUGENE HERRERA,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | No. 1:20-cv-01026-ADA-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PLAINTIFF'S SOCIAL SECURITY APPEAL<br><br>(Doc. No. 25) |

Plaintiff Arthur Eugene Herrera, referred to herein as "claimant," seeks judicial review of a final decision by the Commissioner of Social Security ("Commissioner"). This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 20, 2022, the assigned magistrate judge issued findings and recommendations, recommending that this appeal be dismissed on the merits. (Doc. No. 25.) The findings and recommendations were served on claimant and contained notice that any objections thereto were to be filed within fourteen days after service. (*Id.* at 8.) On May 5, 2022, claimant filed untimely objections, one day after the expiration of the fourteen-day objection period. (Doc. No. 26.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including claimant's

1

objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

        Accordingly,

1. The findings and recommendations issued on April 20, 2022 (Doc. No. 25) are adopted in full;
2. Plaintiff's appeal is dismissed; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  August 31, 2022

UNITED STATES DISTRICT JUDGE